SARAH HELEN DAVIS,

        Plaintiff,

    v.

PROGRESSIVE SOUTHEASTERN
INSURANCE COMPANY,

        Defendant.

**PETITION FOR REMOVAL TO
FEDERAL COURT**

Defendant, Progressive Southeastern Insurance Company ("Defendant"), by and through its undersigned counsel, respectfully petitions to remove the above-entitled action from the Superior Court of Avery County, North Carolina, to the United States District Court for the Western District of North Carolina, pursuant to 28 U.S.C. § 1331 and § 1441(b). In support of this Petition for Removal, Defendant states as follows:

<u>COMMENCEMENT OF STATE COURT ACTION</u>

1. On February 11, 2026, Plaintiff Sarah Helen Davis, ("Plaintiff"), commenced this action against Defendants by filing Plaintiff's Complaint for Declaratory Judgment in the General Court of Justice of Avery County, North Carolina, Superior Court Division, entitled *Davis v. Progressive Southeastern Insurance Company*, Case No. 26 CV 000031-050 (the "State Court Action").

2. Pursuant to 28 U.S.C. § 1446(b), Defendant hereby files this Petition for Removal within 30 days after its receipt, through service or otherwise, of the Summons and Complaint

from which it was first ascertained that this case is one which has become removable, and therefore this Notice of Removal has been timely filed.

GROUNDS FOR REMOVAL

3. The State Court Action is removable to this Court under 28 U.S.C. § 1332 based on an amount in controversy greater than $75,000.00 and complete diversity of citizenship between the parties.

4. The Complaint alleges that "Progressive Southeastern Insurance Company (hereinafter 'Progressive') is an insurance company formed under the laws of the state of Indiana, licensed to do business in the State of North Carolina, doing business in Avery County, North Carolina and is a foreign corporation organized under the laws of a state of Indiana. Its parent company, Progressive Agency Holdings, Inc., is a company organized under the laws of the state of Delaware.

6. Plaintiff Sarah H. Davis is a citizen and resident of Avery County, North Carolina.

7. Plaintiff seeks coverage under a policy of insurance with liability limits of $750,000 issued by Progressive, which Plaintiff contends she is entitled to be paid in connection with a motor vehicle accident which occurred on September 11, 2023. The amount in controversy therefore exceeds $75,000.00 (Compl. ¶ 12.).

8. Based on the complete diversity of citizenship and the amount in controversy, Defendants are entitled to remove the State Court Action to this Court under 28 U.S.C. §§ 1332, 1441, and 1446.

2

<u>STATE COURT PLEADINGS</u>

9. Pursuant to the provisions of 28 U.S.C. §1446, a listing of the pleadings in the State Court Action is attached hereto as Exhibit A-D and incorporated herein by reference.

<u>VENUE</u>

10. The United States District Court for the Western District of North Carolina encompasses the district and county in which the aforementioned State Court Action is now pending.

<u>NOTICE</u>

11. A true and accurate copy of this Notice of Removal will be filed with the Superior Court of Avery County, North Carolina, promptly after filing it with this Court. Written Notice of the filing of this Notice will be given to adverse parties as required by law and is attached hereto as Exhibit E.

WHEREFORE, Defendant prays that this action be removed from the Superior Court of Avery County, North Carolina, to the United States District Court for the Western District of North Carolina, and for such other and further relief as the Court deems just and proper.

This the 29th day of April, 2026.

/s/ Camilla F. DeBoard
Camilla F. DeBoard
N.C. State Bar No. 41265
BOVIS KYLE BURCH & MEDLIN, LLC
804 Green Valley Road, SUITE 101
Greensboro, NC 27408
Telephone: (336) 907-3265
Facsimile: (336) 907-4178
Email: cdeboard@boviskyle.com
*Attorney for Defendant Progressive*

3

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing **PETITION FOR REMOVAL TO FEDERAL COURT** was served upon the parties to this action by filing the foregoing document with the Clerk of Court using the CM/ECF system, by electronic mail and U.S. Mail, postage prepaid and addressed as follows:

> Shelsey A. Hall
> Whitley Law Firm
> 1000 Social Street, Suite 200
> Raleigh, NC  27609
> Email: sah@whitleylawfirm.com
> *Attorneys for Plaintiff*

This the 29th  day of April, 2026.

> /s/ Camilla F. DeBoard
> Camilla F. DeBoard
> N.C. State Bar No. 41265
> BOVIS KYLE BURCH & MEDLIN, LLC
> 804 Green Valley Road, SUITE 101
> Greensboro, NC  27408
> Telephone: (336) 907-3265
> Facsimile: (336) 907-4178
> Email: cdeboard@boviskyle.com
> *Attorney for Defendant Progressive*

4